UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS AVILA-GONZALEZ,
individually and on behalf
of all other persons
similarly situated, and ISAIAS
RAMIREZ-RESENDIZ, individually
and on behalf of all other
persons similarly situated,

                Plaintiffs,

vs.                                  Case No.  2:04-cv-567-FtM-33DNF

MARIA R. BARAJAS and SAMUEL
BARAJAS,

                Defendants.
_____/

**ORDER**

     This matter comes before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #19) entered on April 25, 2005 recommending that Plaintiffs' Motion to Certify Class (Doc. #11) be granted. The Defendants have not filed an objection to the report and recommendation.

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district

judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #19) is **ACCEPTED** and **ADOPTED**.

2. Plaintiffs' Motion to Certify Class (Doc. #11) is hereby **GRANTED** pursuant to Rule 23(c)(1)(B) of the Federal Rules of Civil Procedure with regard to Count II only. This Order shall not be construed as creating a class with regard to Count I or the issues falling under the scope of a proper action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. (2004).

3. The class is defined as:

All individuals admitted to the United States pursuant to Section 101(a)(15)(H)(ii)(a) of the Immigration and Nationality Act, 8 U.S.C. §1101(a)(15)(H)(ii)(a) ("H-2A workers") who were employed by Maria R. Barajas and/or Samuel Barajas to pick citrus fruits during the 2000-01, 2001-02, 2002-03, 2003-04 Florida citrus harvests.

4. The named Plaintiffs shall act as the representative parties, and their counsel, Mr. Schell, shall serve as class counsel.

5. Within 30 days of the date of this Order, the Plaintiffs shall notify all potential class members of the instant class action in compliance with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure and file a certification with the Court of such notice, describing in detail the notification provided.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 24th day of May, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of record