UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS AVILA-GONZALEZ and
ISAIAS RAMIREZ-RESENDIZ,
individually and on behalf
of all other persons
similarly situated,

     Plaintiffs,

vs.          Case No. 2:04-cv-567-FtM-33DNF

MARIA R. BARAJAS and
SAMUEL BARAJAS,

     Defendants.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 51), entered on April 4, 2006, recommending that Plaintiffs' Application for Award of Attorney's Fees Pursuant to Fla. Stat. § 448.08 (Doc. # 47) be granted.

As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.    United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 51) is **ACCEPTED** and **ADOPTED.**

2.    Plaintiffs' Application for Award of Attorney's Fees Pursuant

to Fla. Stat. § 448.08 (Doc. # 47) is **GRANTED** in the amount of $17,364.00.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>24th</u> day of April, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record