# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**LUIS AVILA-GONZALEZ, and ISAIAS RAMIEREZ-RESENDIZ, individually and on behalf of all other persons similarly situated,**

**Plaintiffs,**

-vs-                                              Case No.  2:04-cv-567-FtM-33DNF

**MARIA R. BARAJAS and SAMUEL BARAJAS,**

**Defendants.**

_____/

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 69)** |
| **FILED:** | **July 24, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Plaintiffs are requesting that the Court enter a final judgment as to garnishment.  Plaintiffs hold an unsatisfied judgment against the Defendants, Maria R. Barajas and Samuel Barajas in the sum of $136,747.84. (*See*, Default Judgment in Civil Case, Doc. 46).  Plaintiff served a Writ of Garnishment on Roper Growers Cooperative, the Garnishee.  Roper Growers Cooperative filed an Answer  of

-1-

Garnishee Roper Growers Co-Operative and admitted indebtedness to the Defendant, Samuel Barajas in the amount of $32,806.56.

Samuel Barajas filed an Objection (Doc. 62) on May 25, 2007. In an Order (Doc. 64) entered on June 11, 2007, the Court denied Samuel Barajas' Objection. Samuel Barajas filed a document entitled, "Defendants' Responding the Plaintiffs Conclusion" (Doc. 63) which the Court construed as a Reply and denied this document as well in an Order (Doc. 68) entered on June 28, 2007. The time for any further response has now passed. The Plaintiffs are requesting that the Court enter a judgment in their favor and against Garnishee for the amount of $32,806.56. Pursuant to Fla. Stat. §77.083, "Judgment against the garnishee on the garnishee's answer or after trial of a reply to the garnishee's answer shall be entered for the amount of his or her liability as disclosed by the answer or trial." Plaintiffs are entitled to a final judgment of garnishment.

**IT IS HEREBY ORDERED:**

The Clerk is directed to enter a Final Judgment of Garnishment which shall include the following language:

> On the Writ of Garnishment as to Samuel Barajas (Doc. 60), and Answer thereto (Doc. 66), judgment of garnishment in favor of the Plaintiffs and against Garnishee, Roper Growers Cooperative, in the sum of $32,806.56 is entered. Upon the payment of $32,806.56 to the trust account of Florida Legal Services, Inc., the Garnishee, Roper Growers Cooperative is discharged from further liability under the writ as to Samuel Barajas.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __17th__ day of August, 2007.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record